UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHEILA ROTTINGHOUSE,  :
: NO. 1:11-CV-00882
    Plaintiff,  :
:
:
  v.  : **ORDER**
:
:
COMMISSIONER OF SOCIAL  :
SECURITY  :
:
    Defendant.

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 16) and Plaintiff's objections thereto (doc. 18). In her Report and Recommendation, the Magistrate Judge recommends that the decision of the Administrative Law Judge ("ALJ") denying Plaintiff's applications for disability insurance benefits and supplemental security income be affirmed and this case be dismissed from the Court's docket.

In brief, Plaintiff filed applications for supplemental security income and disability insurance benefits, alleging a disability onset of August 8, 2007, due to chronic back pain, a broken hip, arthritis, vasculitis, Raynaud's disease, and depression. The Administrative Law Judge ("ALJ") determined that Plaintiff suffered from vasculitis, arthritis,

1

fibromyalgia, colitis, and depressive disorder not otherwise specified.  However, the ALJ further determined that Plaintiff was not disabled under the Social Security Act and that she had the residual functional capacity to perform sedentary work, with certain restrictions.

Plaintiff argued that the ALJ erred in assessing Plaintiff's residual functional capacity and in assessing Plaintiff's credibility, as well as by failing to adequately explain why Plaintiff did not meet or equal a listed impairment.

As required by 29 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter.  Upon thorough consideration of the foregoing, the Court finds Plaintiff's objections unpersuasive and determines that the Magistrate Judge's Report and Recommendation is thorough, well-reasoned and correct.  Consequently, the Court ADOPTS and AFFIRMS it in its entirety (doc. 16).  Accordingly, the decision of the Commissioner is AFFIRMED and this matter is closed from the Court's docket.

SO ORDERED.

Dated:  April 9, 2013            s/S. Arthur Spiegel_____
                                 S. Arthur Spiegel
                                 United States Senior District Judge